In re Estate of Minnie Schmidt, deceased.

State Bank of Chicago, as executor under the last will and testament of said Minnie Schmidt, deceased, appellant, v. Wilhelmina Gross, objector, appellee. Gen. No. 34,235.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed December 1, 1930.

Helmer, Moulton, Whitman & Holton, for appellant. Thomas G. Deering and West & Eckhart, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.